IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

MARK BENNETT, STATE OF
WISCONSIN, COLUMBIA COUNTY
COURTHOUSE, JANE KOHLWAY,
MARK LAWTON and CITY OF
PORTAGE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-364-slc

    This action came for consideration before the court with DISTRCT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

JUL 2 7 2009
Date